Case: 14-4002   Document: 003111752687   Page: 1   Date Filed: 09/30/2014



DENNIS R. CALLAHAN
T. 215 836 1881
F. 215 836 7845
DCALLAHAN@WARDGREENBERG.COM

September 30, 2014

Marcia M. Waldron, Clerk
United States Court of Appeals
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

*Re:* *Brenda Ann Schwartz, et al. v. Materion Brush Inc., et al.*
*Case No. 14-4002*
*District Case No.: 5:12-cv-06189*
*Our File No. 5004-1426*

Dear Ms. Waldron:

I write on behalf of Materion Brush Inc. in response to your September 26, 2014 letter regarding Appeal No. 14-4002. Because the claims against Materion Brush Inc. were dismissed at plaintiff's request and not resolved by the district court's March 25, 2014 Order, Materion Brush Inc. advises that it does not intend to participate in this appeal.

Please let me know if the court will require anything further from us in this regard.

Very truly yours,

Dennis R. Callahan

DRC/ccr

cc:   Ruben Honik, Esquire
      Jeffery D. Ubersax, Esquire
      A. Wesley Bridges, Esquire


WARD GREENBERG HELLER & REIDY LLP